**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| In Re: | : | |
| MARIE E. GLAUDE | : | CASE NO. 16-14091 FJB |
| | : | CHAPTER 13 |
| DEBTOR | : | |

**OBJECTION OF CREDIT ACCEPTANCE CORPORATION TO CONFIRMATION OF THE DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN**

Credit Acceptance Corporation a creditor of the above-captioned Debtor, by its undersigned counsel, hereby objects to confirmation of the Debtor's Third Amended Chapter 13 Plan filed on March 20, 2017. In support thereon, Credit Acceptance Corporation represents:

1. On October 27, 2016, Marie E. Glaude (hereinafter referred to as the "Debtor") filed a voluntary petition under Chapter 13 of the U.S. Bankruptcy Code with this Court.

2. The Debtor is the owner of a 2007 Honda CRV, Vehicle Identification Number JHLRE48537C058647 which is subject to a security interest held by Credit Acceptance Corporation.

3. On March 10, 2017, the Debtor filed a Third Amended Chapter 13 Plan, Document I.D. No. 61 ("the 'Plan").

4. The Plan provides in part that Credit Acceptance Corporation will be paid $9,119.33, representing the secured portion of its claim with ***zero*** percent interest.

5. The Plan does not propose interest, which is inadequate to assure that property distributed to Secured Creditor under the plan will have a value, as of the effective date of the plan that is not less than the allowed amount of such claim.

6. In *Till v. SCS Credit Corp.*, 541 U.S. 465, 124 S.Ct. 1951(2004), the U.S. Supreme Court addressed the appropriate cram down interest rate under 11 U.S.C. § 1325(a)(5)(B)(ii). *Till* adopts the "formula approach," which looks to the national prime rate, as

reported daily in the press, and adds and appropriate "risk adjustment." Although *Till* does not specify what the risk adjustment should be, it states that courts generally approve adjustments of 1-3%. Accordingly, Secured Creditor maintains that, lacking evidence to the contrary, a risk adjustment of 2% is reasonable.

7. The prime rate, as published in the Wall Street Journal, is currently 3.50%. Accordingly, Secured Creditor maintains the Court should not approve a cram down interest rate less than 5.5%.

Dated at Bloomfield, Connecticut on March 22, 2017.

MOVANT
CREDIT ACCEPTANCE CORPORATION

By /s/ Mitchell J. Levine

Mitchell J. Levine
Counsel for Credit Acceptance Corporation
Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
BBO No. 638576
Telephone No. (860) 692-3164
mlevine@nairlevin.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| In Re: | : | |
| MARIE E. GLAUDE | : | CASE NO. 16-14091 FJB |
| | : | CHAPTER 13 |
| DEBTOR | : | |

## CERTIFICATE OF SERVICE

The undersigned Credit Acceptance Corporation (the "Movant") hereby certifies that on March 22, 2017 in accordance with Rules 7004, 7005, and 9014 F.R.Bankr.P., I have served the following upon all parties entitled to notice (see attached Schedule "A") by first class mail postage prepaid or electronically:

(1) a copy of the Objection to Plan

Dated: March 22, 2017

THE MOVANT
CREDIT ACCEPTANCE CORPORATION

BY/s/Mitchell J. Levine

Mitchell J. Levine, Esq.
NAIR & LEVIN, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
BBO #638576
mlevine@nairlevin.com
Telephone No. (860) 692-3164

# <u>SCHEDULE A</u>


<u>Debtor(s)' Attorney:</u>
**Marie E. Glaude**
39 Porter St
Malden, MA 02148
*(Debtor)*

**Ira H. Grolman**
Grolman LLP
The Electric Carriage House
321 Columbus Avenue
Boston, MA 02116
ira@grolmanllp.com

**Patrick Michael Groulx**
Grolman LLP
The Electric Carriage House
321 Columbus Avenue
6th Floor
Boston, MA 02116
patrick@grolmanllp.com

**Carolyn Bankowski-13**
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114
13trustee@ch13boston.com
*(Trustee)*

**John Fitzgerald**
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
USTPRegion01.BO.ECF@USDOJ.GOV
*(Assistant U.S. Trustee)*